Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **EWA, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 3 4 6 9 5 9 0 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **660 N Central Expressway Ste 450**<br>Number   Street | **1309 Madison Dr.**<br>Number   Street |
| **Plano, TX 75074**<br>City      State   ZIP Code | **75098**<br>City      State   ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City      State   ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **EWA, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5  6  1  4**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor    __**EWA, LLC**_____    Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>_____<br><br>_____<br>    City               State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.   Insurance agency _____<br><br>             Contact name _____<br><br>             Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br><br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000              ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000          ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br><br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br><br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br><br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor   **EWA, LLC**                                     Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/24/2025**
              MM/  DD/  YYYY

**X**  **/s/ Mark Wolff**                                    **Mark Wolff**
Signature of authorized representative of debtor        Printed name

Title        **Managing Member**

**18. Signature of attorney**

**X**        **/s/ Robert T DeMarco**        Date  **06/24/2025**
Signature of attorney for debtor                          MM/  DD/  YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number        Street

**Dallas**                                    **TX**        **75251**
City                                           State      ZIP Code

**(972) 991-5591**                            **robert@demarcomitchell.com**
Contact phone                                 Email address

**24014543**                                  **TX**
Bar number                                    State

**Fill in this information to identify the case:**

Debtor Name **EWA, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Inwood National Bank** | **Checking account** | **8  4  7** | **unknown** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Debtor ____**EWA, LLC**_____   Case number *(if known)* _____
      Name

---

7.2 _____   _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____   _____

    8.2 _____   _____

9.   **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.   | _____ |

---

**Part 3:**   Accounts receivable

10.   **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                       **Current value of debtor's interest**

11.   **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... ➜   _____
                          face amount           doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =..... ➜   _____
                       face amount           doubtful or uncollectible accounts

12.   **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | _____ |

---

**Part 4:**   Investments

13.   **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                            **Valuation method used for current value**    **Current value of debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____   _____   _____

    14.2 _____   _____   _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                      % of ownership:

    15.1. _____   _____   _____   _____

    15.2. _____   _____   _____   _____

---

Debtor    __EWA, LLC_____    Case number *(if known)* _____
          Name

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**    [_____]
Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|------------------------------------|
| **19.** **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**    [_____]
Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor    **EWA, LLC**                                                      Case number *(if known)* _____
          _____
          Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor   **EWA, LLC**
Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **4/HP Computer/Monitor** | unknown | | $89.99 |
| **4/Brother Printers** | unknown | | $999.00 |
| **7/L Shaped Wood Desk** | unknown | | $6,300.00 |
| **1/General Electric Refrigerator** | unknown | | $89.00 |
| **1/Hamilton Beach Microwave** | unknown | | $570.00 |
| **1/Ninja Coffee Maker** | unknown | | $179.00 |
| **1/Wood Conference Table** | unknown | | $800.00 |
| **11/Highback Office Chairs** | unknown | | $1,265.00 |
| **12/Office Computer Chairs** | unknown | **Office Computer Chairs** | $1,140.00 |
| **4/Wood File Cabinets** | unknown | | $1,840.00 |
| **2/ Wood Bookshelves** | unknown | | $530.00 |
| **2/Metal File Cabinets** | unknown | | $1,418.00 |
| **10/Polycom Phones** | unknown | | $500.00 |
| **Pantum Printer** | unknown | | $2,000.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$17,719.99

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

Debtor    **EWA, LLC**

Name

Case number *(if known)* _____

---

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

51. [                    ]

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
| --- | --- |

| Debtor | EWA, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**54.** **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| _____ |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |

Debtor    __EWA, LLC_____    Case number *(if known)* _____

Name

---

_____    _____    _____    _____

**64.   Other intangibles, or intellectual property**

_____    _____    _____    _____

**65.   Goodwill**

_____    _____    _____    _____

**66.   Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.   Notes receivable**

Description (include name of obligor)

_____    _____    –    _____    = ➔    _____

Total face amount    doubtful or uncollectible amount

**72.   Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.   Interests in insurance policies or annuities**

_____    _____

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

---

Debtor    **EWA, LLC**
Name    Case number *(if known)* _____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **EWA, LLC** _____   Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **unknown** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,719.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............91a. | $17,719.99 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $17,719.99 |

Fill in this information to identify the case:

Debtor name   **EWA, LLC**

United States Bankruptcy Court for the:   **Northern**   District of   **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   _____

Fill in this information to identify the case:

Debtor name **EWA, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| **2.2** **Priority creditor's name and mailing address** _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

| Debtor | **EWA, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**3 Rivers Logistics Inc**

**Heath Holbert**

**60 Doughboy Rd**

**Gillett, AR 72055**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,255.00

---

**3.2**

Nonpriority creditor's name and mailing address

**A1 Drywall and Texture LLC**

**Alejandro Garcia**

**3803 Dutton Dr**

**Dallas, TX 75211**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,917.88

---

**3.3**

Nonpriority creditor's name and mailing address

**Aegis Fire Systems Inc**

**David Karrick**

**500 Boulder Ste A**

**Pleasanton, CA 94566**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,803.83

---

**3.4**

Nonpriority creditor's name and mailing address

**AG Glass Services**

**Ailton/Daiela Garcia**

**4246 Easter Ave**

**Dallas, TX 75216**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,733.61

---

Debtor   **EWA, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**All Bay Property Services LLC**

**Jonas Lewis**

**30 W Hayward CT**

**Martinez, CA 94553**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.6** Nonpriority creditor's name and mailing address

**Arrowhead Concrete**

**Beth Babcock**

**5572 Miller Trunk Hwy**

**Duluth, MN 55811**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,767.17

---

**3.7** Nonpriority creditor's name and mailing address

**Aumor Inc**

**Sergie Looneen**

**4163 W Rivers Edge Cir Unit 208**

**Milwaukee, WI 53209**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,431.25

---

**3.8** Nonpriority creditor's name and mailing address

**B and Z Framing**

**Dane Loney**

**1966 Crane Creek Blvd**

**Melbourne, FL 32940**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.20

---

| Debtor | **EWA, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,203.66 |
|---|---|---|---|

**Beltran Construction Services LLC**

**Felpin Beltran**

**2223 Mcutcheon**

**Dallas, TX 75227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,361.57 |
|---|---|---|---|

**Carrillo Trucking of Sarasota, Inc**

**Marcos Carrillo**

**PO Box 7597**

**North Port, FL 34290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $933.38 |
|---|---|---|---|

**Choice Sign Supply**

**Eric Seaman**

**1208 Transport Dr**

**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Dream Crete Custom Creations**

**Zach Dandera**

**2585 N Forsyth Rd**

**Orlando, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| Debtor | **EWA, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,671.50 |
|---|---|---|---|

**3.14** Nonpriority creditor's name and mailing address

**Duval Master Construction**

**Deyby Gomez**

**2106 Wilson Avenue**

**Jacksonville, FL 32207**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $46,671.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Emg Homes & Investments Inc**

**Emmanuel Gomez**

**1237 Jambalana Dr**

**34691**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $51,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Entrada Partners LLC**

**Joshua Bar-Yadin**

**1640 S Sepulveda Blvd Ste 218**

**Los Angeles, CA**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $3,161.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**Expert Carpenter Construction LLC**

**Lucas Enamorado**

**90945 PO.Box**

**Nashville, TN 37209**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **EWA, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.18** Nonpriority creditor's name and mailing address

**Fielden Engineering Group**

**James (Jim) Fielden III**

**410 E. Avenue K12 Ste. 101**

**Lancaster, CA 93535**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,500.08

---

**3.19** Nonpriority creditor's name and mailing address

**Geoffrey Mouen Architect, LLC**

**Geoffrey Mouen**

**114 Croton Pl**

**Kissimmee, FL 34747**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,000.50

---

**3.20** Nonpriority creditor's name and mailing address

**Hawk Restorations**

**4 Highpoint Dr.**

**Allen, TX 75002**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$80,000.00

---

**3.21** Nonpriority creditor's name and mailing address

**Houston Apartments Services Inc**

**Juan Snachez**

**5356 Prudence Dr**

**Houston, TX 77045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,814.23

---

Debtor  **EWA, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.22** Nonpriority creditor's name and mailing address

**Interstate Battery System CT**

**Larry Judge**

**125 Holland Ave**

**Bridgeport, CT 06605**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.10

---

**3.23** Nonpriority creditor's name and mailing address

**Kaji Fire LLC**

**Mark Livenstov**

**8060 Waxhaw Hwy 47**

**Waxhaw, NC 28173**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,667.00

---

**3.24** Nonpriority creditor's name and mailing address

**Krueger Electrical Contracting LLC**

**John Krueger**

**820 B Quaker RD**

**Queensbury, NY 12804**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,275.11

---

**3.25** Nonpriority creditor's name and mailing address

**Lee Smith Architects, Inc aka Centaur Construction Company**

**Lee Smith**

**122 West Prescott Alley**

**West Chester, PA 19380**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,333.51

---

Debtor    **EWA, LLC**
Name                                          Case number *(if known)*

| Part 2: | Additional Page |
| --- | --- |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$175,000.00**
*Check all that apply.*

**Masterline Plumbing**

**8732 Helms Ave**

**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Breach of Contract**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,480.95**
*Check all that apply.*

**MS Glass**

**Raj Karimi**

**6931 Signat Dr**

**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,394.75**
*Check all that apply.*

**N & E Plumbing LLC**

**Nicolas Otero**

**2335 West Longview Drive**

**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,298.77**
*Check all that apply.*

**New Braunfield Maintenance Solutions LLC**

**Manuel Martinez**

**4222 FM 482**

**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | EWA, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.30** Nonpriority creditor's name and mailing address

**Nordstrom Heating & Air Condtion.**

**Brain Nordstrom**

**2451 S. Dinsmuir Ave**

**Los Angeles, CA 90016**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,357.35

---

**3.31** Nonpriority creditor's name and mailing address

**North Texas Trucking LLC**

**Danny D Cruz**

**PO Box 542842**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,667.20

---

**3.32** Nonpriority creditor's name and mailing address

**Optimal Air Solutions LLC**

**Steve Finley**

**10155 Windfern Rd.**

**Houston, TX 77064**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,358.53

---

**3.33** Nonpriority creditor's name and mailing address

**Optimal Air Solutions LLC**

**Steve Finley**

**10155 Windfern Rd.**

**Houston, TX 77064**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,358.53

---

| Debtor | **EWA, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.34** Nonpriority creditor's name and mailing address

**ParkUSA**

**Becky McCann**

**201 NE Park Plaza Drive #100**

**Vancouver, WA 98684**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,733.44

---

**3.35** Nonpriority creditor's name and mailing address

**Pat's Plumbing**

**Patrick Luke**

**9627 Gotha Rd**

**Windermere, FL 34786**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.36** Nonpriority creditor's name and mailing address

**Richard Kubinski Excavating, Inc**

**Richard Kubinski**

**21709 South River Road**

**Shorewood, IL 60404**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,806.67

---

**3.37** Nonpriority creditor's name and mailing address

**Rushing Roofing**

**Isac Rushing**

**3400 N.Central Expy, 110-247**

**75080**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$275.50

---

| Debtor | **EWA, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,098.68
*Check all that apply.*

**Santex Air LLC**

**Jerry Barragan**

**7566 Reindeer Trail**

**San Antonio, TX 78234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,250.00
*Check all that apply.*

**Scapin Construction LLC**

**John Scapin**

**395 Whispering Pines**

**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.62
*Check all that apply.*

**Schriefer's Office Equipment, Inc**

**Becky Heinrich**

**215 Metro Dr**

**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,500.00
*Check all that apply.*

**Serrano Services & Construction, LLC**

**Angel Serrano**

**2715 Royal Circle Dr**

**77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

---

| Debtor | EWA, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,342.37**

Shaw Construction and Electric LLC

Kyler Shaw

2064 Drill Ave

Dayton, OH 45414

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,342.37**

Shaw Construction and Electric LLC

Kyler Shaw

2064 Drill Ave

Dayton, OH 45414

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,705.00**

Sky Light Roofing Inc

Juan Jaramillo

6105 E Colonial Dr

Orlando, FL 32807

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,866.81**

Spot on Services

Tammy Mitchell

6521 Graceland Dr

Greenville, TX 75402

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor **EWA, LLC** _____ Case number *(if known)* _____

Name

---

**Part 2:** Additional Page

---

**3.46** Nonpriority creditor's name and mailing address

**Tarango Trucking**

**P.O. Box 177786**

**Irving, TX 75017**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$75,000.00**

---

**3.47** Nonpriority creditor's name and mailing address

**Texas Welding and Industrial Services LLC**

**Jose A Jimenez**

**5804 Babcock Rd. Suite 336**

**San Antonio, TX 78240**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42,000.00**

---

**3.48** Nonpriority creditor's name and mailing address

**UCP Staffing**

**Badge Morris**

**387 West Tabernacle Street**

**Saint George, UT 84770**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.49** Nonpriority creditor's name and mailing address

**Vt Glass Corp**

**Demitri Tsortanidis**

**30-94 31st ST**

**Astoria, NY 11102**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,059.07**

---

Debtor    **EWA, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

W.R Watson Inc

Melissa Smith

Stafford, TX 77477

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,966.22 |
|---|---|---|---|

Zelaya Remodeling Services LLC

Carlos Zelaya

11908 Timber Heights Dr.

78754

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $4,966.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **EWA, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Doré Rothberg Law, P.C.**<br>**6300 Ridglea Pl., Ste. 617**<br>**Fort Worth, TX 76116** | Line **3.26**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Law Office of Pete Rowe, P.C.**<br>**P.O. Box 703256**<br>**Dallas, TX 75370** | Line **3.17**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  **EWA, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $816,744.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $816,744.16 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **EWA, LLC** |
| United States Bankruptcy Court for the: | **Northern**   District of   **Texas** |
| | (State) |
| Case number (If known): | Chapter   **11** |

☐ Check if this is an
    amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **EWA, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Wolff, Mark** | **1309 Madison Dr.** <br> Street <br><br> **Wylie, TX 75098** <br> City        State        ZIP Code | **Expert Carpenter Construction LLC** <br><br> **Masterline Plumbing** | ☐ D <br> ☑ E/F <br> ☐ G <br><br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor     **EWA, LLC**
_____     Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____**EWA, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____    Chapter ___**11**___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.......................................................................................

   | $0.00 |
   | --- |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.....................................................................................

   | $17,719.99 |
   | --- |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*........................................................................................

   | $17,719.99 |
   | --- |

| **Part 2:** | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

   | $0.00 |
   | --- |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   | + $816,744.16 |
   | --- |

4. **Total liabilities**...........................................................................................................................................

   Lines 2 + 3a + 3b

   | $816,744.16 |
   | --- |

Fill in this information to identify the case:

Debtor name **EWA, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,097,650.00** |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,125,489.00** |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,921,578.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor    EWA, LLC
Name

Case 25-42283-elm11    Doc 1    Filed 06/24/25    Entered 06/24/25 14:39:24    Desc Main
Document    Page 37 of 59    Case number *(if known)*

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Masterline Plumbing**<br>Creditor's name<br><br>**8732 Helms Ave**<br>Street<br><br><br>**Rancho Cucamonga, CA 91730**<br>City     State     ZIP Code | | **$55,000.00** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Pursuant to settlement** |
| 3.2. **660 NCX**<br>Creditor's name<br><br>**17304 Preston Rd, Suite 200**<br>Street<br><br><br>**Dallas, TX 75252**<br>City     State     ZIP Code | | **$12,500.00** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Rent** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.<br>Creditor's name<br><br>Street<br><br><br>City     State     ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor   EWA, LLC
_____    Case number *(if known)* _____
Name

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City    State    ZIP Code | _____ | _____ | _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **EXPERT CARPENTER CONSTRUCTION LLC V EWA LLC** | **Breach of Contract** | **District Court, Collin County Texas** <br> Name <br><br> Street <br><br> _____ <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **25GC75** | | | |

Debtor  EWA, LLC

Name

Case number *(if known)*

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **MASTERLINE PLUMBING, INC. v. EWA, LLC, et al** | | **United States Bankruptcy Court, Eastern District of Texas** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | **4:24-CV-00127-BD** | | Street | |
| | | | City    State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name | | |
| | Street | **Case title** | **Court name and address** |
| | | | Name |
| | City    State    ZIP Code | **Case number** | Street |
| | | | City    State    ZIP Code |
| | | **Date of order or assignment** | |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   **EWA, LLC**                                                                    Case number *(if known)* _____
         _____
         Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____   _____   _____   _____

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **06/13/2025** | **$17,000.00** |

**Address**

**12770 Coit Road, Suite 850**
Street

**Dallas, TX 75251**
City                    State     ZIP Code

**Email or website address**

**robert@demarcomitchell.com**

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

_____

Debtor   **EWA, LLC**
         Name                                                              Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**Address**

_____
Street

_____
City                    State     ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None.

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor   **EWA, LLC**

Name

Case number *(if known)*

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **EWA, LLC**                                                    Case number *(if known)*
_____
Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | | _____ | |
| | City        State   ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State   ZIP Code | City        State   ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State   ZIP Code | City        State   ZIP Code | _____ | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    EWA, LLC
_____
Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____    To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Smith a E CPA**<br>Name<br><br>**12700 Park Central Dr #408 12700 Park Central Dr #408 12700 Park Central Dr #408**<br>Street<br><br>**Dallas, TX 75251**<br>City                State            ZIP Code | From **2015**    To **2025** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Smith a E CPA**<br>Name<br><br>**12700 Park Central Dr #408 12700 Park Central Dr #408**<br>Street<br><br>**Dallas, TX 75251**<br>City                State            ZIP Code | From **2015**    To **2025** |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Smith a E CPA**<br>Name<br><br>**12700 Park Central Dr #408**<br>Street<br><br>**75251**<br>City                State            ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   EWA, LLC
_____
Name

Case number *(if known)* _____

| Name and address |
| --- |

26d.1.

Name _____

Street _____

_____

_____

City _____ State _____ ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.  _____

Name _____

Street _____

_____

_____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Mark E Wolff** | **Wylie, TX 75098** | **Owner,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | ,_____ | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor ___EWA, LLC_____    Case number *(if known)* _____
      Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Mark Wolff** <br> Name <br><br> **1309 Madisson Dr.** <br> Street <br><br><br> **Wylie, TX 75098** <br> City     State   ZIP Code <br><br> **Relationship to debtor** <br><br> **Owner/President** | **$60,000** | | **Compensation** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ___06/24/2025___
            MM/  DD/  YYYY

**X** ___/s/ Mark Wolff_____     Printed name     **Mark Wolff** _____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**Managing Member**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **EWA, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): _____ | |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Masterline Plumbing 8732 Helms Ave Rancho Cucamonga, CA 91730 | | Breach of Contract | | | | $175,000.00 |
| 2 | Hawk Restorations 4 Highpoint Dr. Allen, TX 75002 | | Breach of Contract | | | | $80,000.00 |
| 3 | Tarango Trucking P.O. Box 177786 Irving, TX 75017 | | Breach of Contract | | | | $75,000.00 |
| 4 | Emg Homes & Investments Inc Emmanuel Gomez 1237 Jambalana Dr , 34691 | (305) 323-2402 | | | | | $51,300.00 |
| 5 | Duval Master Construction Deyby Gomez 2106 Wilson Avenue Jacksonville, FL 32207 | (904) 445-9312 | | | | | $46,671.50 |
| 6 | Texas Welding and Industrial Services LLC Jose A Jimenez 5804 Babcock Rd. Suite 336 San Antonio, TX 78240 | (830) 776-2161 | | | | | $42,000.00 |
| 7 | All Bay Property Services LLC Jonas Lewis 30 W Hayward CT Martinez, CA 94553 | (925) 595-3071 | | | | | $35,000.00 |
| 8 | Expert Carpenter Construction LLC Lucas Enamorado 90945 PO.Box Nashville, TN 37209 | (615) 541-3216 | | | | | $30,000.00 |

| Debtor | **EWA, LLC** | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | | Case number *(if known)* | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | New Braunfield Maintenance Solutions LLC<br><br>Manuel Martinez<br>4222 FM 482<br>New Braunfels, TX 78132 | (830) 730-8908 | | | | | $25,298.77 |
| 10 | MS Glass<br><br>Raj Karimi<br>6931 Signat Dr<br>Houston, TX 77041 | (281) 888-6626 | | | | | $21,480.95 |
| 11 | AG Glass Services<br><br>Ailton/Daiela Garcia<br>4246 Easter Ave<br>Dallas, TX 75216 | (469) 870-3642 | | | | | $18,733.61 |
| 12 | A1 Drywall and Texture LLC<br><br>Alejandro Garcia<br>3803 Dutton Dr<br>Dallas, TX 75211 | (214) 330-2230 | | | | | $15,917.88 |
| 13 | Houston Apartments Services Inc<br><br>Juan Snachez<br>5356 Prudence Dr<br>Houston, TX 77045 | (832) 687-2966 | | | | | $14,814.23 |
| 14 | Serrano Services & Construction, LLC<br><br>Angel Serrano<br>2715 Royal Circle Dr<br>, 77339 | | | | | | $12,500.00 |
| 15 | North Texas Trucking LLC<br><br>Danny D Cruz<br>PO Box 542842<br>, | (469) 648-9158 | | | | | $10,667.20 |
| 16 | Beltran Construction Services LLC<br><br>Felpin Beltran<br>2223 Mcutcheon<br>Dallas, TX 75227 | | | | | | $10,203.66 |
| 17 | Geoffrey Mouen Architect, LLC<br><br>Geoffrey Mouen<br>114 Croton Pl<br>Kissimmee, FL 34747 | | | | | | $10,000.50 |
| 18 | Aegis Fire Systems Inc<br><br>David Karrick<br>500 Boulder Ste A<br>Pleasanton, CA 94566 | (925) 417-5550 | | | | | $9,803.83 |
| 19 | Arrowhead Concrete<br><br>Beth Babcock<br>5572 Miller Trunk Hwy<br>Duluth, MN 55811 | (218) 729-8274 | | | | | $9,767.17 |
| 20 | Pat's Plumbing<br><br>Patrick Luke<br>9627 Gotha Rd<br>Windermere, FL 34786 | (407) 595-2499 | | | | | $7,500.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    EWA, LLC

Case No. _____

**Debtor**                                    Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$17,000.00**

Prior to the filing of this statement I have received ...............................................................    **$17,000.00**

Balance Due ..........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/24/2025** | **/s/ Robert T DeMarco** |
|---|---|
| *Date* | Robert T DeMarco |
| | *Signature of Attorney* |

Bar Number: 24014543
DeMarco Mitchell, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251
Phone: (972) 991-5591

**DeMarco Mitchell, PLLC**
*Name of law firm*

---

Date:    **06/24/2025**                                              **/s/ Mark Wolff**

*Mark Wolff*

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **EWA, LLC**                                                              CASE NO

                                                                                 CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **06/24/2025**      Signature _____ **/s/ Mark Wolff** _____
                                                          Mark Wolff, Managing Member

3 Rivers Logistics Inc
Heath Holbert
60 Doughboy Rd
Gillett, AR 72055


660 NCX
17304 Preston Rd, Suite 200
Dallas, TX 75252


A1 Drywall and Texture LLC
Alejandro Garcia
3803 Dutton Dr
Dallas, TX 75211


Aegis Fire Systems Inc
David Karrick
500 Boulder Ste A
Pleasanton, CA 94566


AG Glass Services
Ailton/Daiela Garcia
4246 Easter Ave
Dallas, TX 75216


All Bay Property Services LLC
Jonas Lewis
30 W Hayward CT
Martinez, CA 94553


Arrowhead Concrete
Beth Babcock
5572 Miller Trunk Hwy
Duluth, MN 55811


Aumor Inc
Sergie Looneen
4163 W Rivers Edge Cir Unit 208
Milwaukee, WI 53209

B and Z Framing
Dane Loney
1966 Crane Creek Blvd
Melbourne, FL 32940


Beltran Construction Services
LLC
Felpin Beltran
2223 Mcutcheon
Dallas, TX 75227


Carrillo Trucking of Sarasota,
Inc
Marcos Carrillo
PO Box 7597
North Port, FL 34290


Choice Sign Supply
Eric Seaman
1208 Transport Dr
Raleigh, NC 27603


Doré Rothberg Law, P.C.
6300 Ridglea Pl., Ste. 617
Fort Worth, TX 76116


Dream Crete Custom
Creations
Zach Dandera
2585 N Forsyth Rd
Orlando, FL 32807


Duval Master Construction
Deyby Gomez
2106 Wilson Avenue
Jacksonville, FL 32207


Emg Homes & Investments
Inc
Emmanuel Gomez
1237 Jambalana Dr
34691

Entrada Partners LLC
Joshua Bar-Yadin
1640 S Sepulveda Blvd Ste 218
Los Angeles, CA

Expert Carpenter Construction
LLC
Lucas Enamorado
90945 PO.Box
Nashville, TN 37209

Fielden Engineering Group
James (Jim) Fielden III
410 E. Avenue K12 Ste. 101
Lancaster, CA 93535

Geoffrey Mouen Architect, LLC
Geoffrey Mouen
114 Croton Pl
Kissimmee, FL 34747

Hawk Restorations
4 Highpoint Dr.
Allen, TX 75002

Houston Apartments Services
Inc
Juan Snachez
5356 Prudence Dr
Houston, TX 77045

Interstate Battery System CT
Larry Judge
125 Holland Ave
Bridgeport, CT 06605

Kaji Fire LLC
Mark Livenstov
8060 Waxhaw Hwy 47
Waxhaw, NC 28173

Krueger Electrical Contracting
LLC
John Krueger
820 B Quaker RD
Queensbury, NY 12804

Law Office of Pete Rowe, P.C.
P.O. Box 703256
Dallas, TX 75370

Lee Smith Architects, Inc aka
Centaur Construction
Company
Lee Smith
122 West Prescott Alley
West Chester, PA 19380

Masterline Plumbing
8732 Helms Ave
Rancho Cucamonga, CA 91730

MS Glass
Raj Karimi
6931 Signat Dr
Houston, TX 77041

N & E Plumbing LLC
Nicolas Otero
2335 West Longview Drive
Woodbridge, VA 22191

New Braunfield Maintenance
Solutions LLC
Manuel Martinez
4222 FM 482
New Braunfels, TX 78132

Nordstrom Heating & Air
Condtion.
Brain Nordstrom
2451 S. Dinsmuir Ave
Los Angeles, CA 90016

North Texas Trucking LLC
Danny D Cruz
PO Box 542842


Optimal Air Solutions LLC
Steve Finley
10155 Windfern Rd.
Houston, TX 77064


ParkUSA
Becky McCann
201 NE Park Plaza Drive #100
Vancouver, WA 98684


Pat's Plumbing
Patrick Luke
9627 Gotha Rd
Windermere, FL 34786


Richard Kubinski Excavating,
Inc
Richard Kubinski
21709 South River Road
Shorewood, IL 60404


Rushing Roofing
Isac Rushing
3400 N.Central Expy, 110-247
75080


Santex Air LLC
Jerry Barragan
7566 Reindeer Trail
San Antonio, TX 78238


Scapin Construction LLC
John Scapin
395 Whispering Pines
Barrington, IL 60010

Schriefer's Office Equipment, Inc
Becky Heinrich
215 Metro Dr
Jefferson City, MO 65109

Serrano Services & Construction, LLC
Angel Serrano
2715 Royal Circle Dr
77339

Shaw Construction and Electric LLC
Kyler Shaw
2064 Drill Ave
Dayton, OH 45414

Sky Light Roofing Inc
Juan Jaramillo
6105 E Colonial Dr
Orlando, FL 32807

Spot on Services
Tammy Mitchell
6521 Graceland Dr
Greenville, TX 75402

Tarango Trucking
P.O. Box 177786
Irving, TX 75017

Texas Welding and Industrial Services LLC
Jose A Jimenez
5804 Babcock Rd. Suite 336
San Antonio, TX 78240

UCP Staffing
Badge Morris
387 West Tabernacle Street
Saint George, UT 84770

Vt Glass Corp
Demitri Tsortanidis
30-94 31st ST
Astoria, NY 11102

W.R Watson Inc
Melissa Smith
Stafford, TX 77477

Mark Wolff
1309 Madison Dr.
Wylie, TX 75098

Zelaya Remodeling Services
LLC
Carlos Zelaya
11908 Timber Heights Dr.
78754